Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN R. BOTT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-00270-JCM-CWH<br><br>**SECOND STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Carolyn R. Bott has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 6, 2017 through and including **March 20, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

1    Respectfully submitted this 6th day of March, 2017.

2                                        SNELL & WILMER LLP

3                                        By:  /s/ Bradley T. Austin
                                         Bradley T. Austin
4                                        Nevada Bar No. 13064
                                         3883 Howard Hughes Pkwy
5                                        Suite 1100
                                         Las Vegas, NV 89169
6                                        Tel: 702-784-5200
7                                        Fax: 702-784-5252
                                         Email: baustin@swlaw.com
8
9                                        *Attorneys for Defendant Equifax Information Services LLC*

10                                       ***No opposition***

11
                                          /s/ David H. Krieger, Esq.
12                                       David H. Krieger, Esq.
                                         Nevada Bar No. 9086
13                                       HAINES & KRIEGER, LLC
                                         8985 S. Eastern Ave., Suite 350
14                                       Henderson, NV 89123
15                                       Phone: (702) 880-5554
                                         FAX: (702) 385-5518
16                                       Email: dkrieger@hainesandkrieger.com

17
                                         *Attorneys for Plaintiff Carolyn R. Bott*
18

19   IT IS SO ORDERED:

20
     _____
21
     United States Magistrate Judge
22
     DATED: March 10, 2017
23

24

25

26

27

28

- 2 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On March 7, 2017, I caused to be served a true and correct copy of the foregoing **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** upon all parties involved in this case and receiving service via the Court's CM/ECF website.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

By: /s/ Faith B. Radford

- 3 -